372 A.2d 411
Commonwealth v. Fierstein (Ross Appeal).

Argued December 6, 1976. Martin P. Ross, appellant, in propria persona; Joseph C. Madenspacher, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Order affirmed.

372 A.2d 419
Commonwealth v. Foster, Appellant.

Submitted April 13, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.